UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

LI PING YI,

      Petitioner,

v.                                                             Civ. No. 21-573 JB/GJF

ATTORNEY GENERAL,
SECRETARY OF THE DEPARTMENT OF
HOMELAND SECURITY, ICE FIELD OFFICE
DIRECTOR FOR THE FIELD OFFICE, and
WARDEN OF IMMIGRATION DETENTION FACILITY,

      Respondents.

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the Clerk is directed to forward copies of this Order to Respondent Warden, at Otero County Processing Center, 26 McGregor Range Rd., Chaparral, NM 88081, and to the United States Attorney for the District of New Mexico, with copies of the application for writ of habeas corpus (Doc. 1) and supporting papers and exhibits, if any;

IT IS FURTHER ORDERED that Respondents answer Petitioner's petition for writ of habeas corpus (Doc. 1) within twenty-three days of entry of this order.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE