FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2021 AUG -3  PM 2:35

CLERK-LAS CRUCES

21CV-573

Dear Judge Gregory. J. Fouratt

    Hi, I'm Li Peng Yi, the petitioner who wrote the letter to you last time with the Petition For a Writ of Habeas Corpus. Last time I felt so happy for your quick response. I received your letter, you already ordered Respondents to respond, as far as I know from your staff in the court, they already responded this month 15th of July. Including this month, I've been in custody for 11 months such a long time for me, for the past 11 months, ICE didn't have any abilities to send me back to China. I got the Chinese passport & still 5 years business visa valid. 11 months already surpassed the legal time 6 months, ICE is in violation of the law, So I hope that you Judge & the court system can solve the problems for me ASAP, let me go to the court facing against ICE, release me ASAP. ICE is not right they break the law, it's totally illegal and disturbance to me, for my normal life, I can say that I feel so sorrowful about this situation right now. My case number is: Case#2:21-CV-00573.

    Please kindly do some help to release me to my Chinese friend's house ASAP. Thank you!

    I'm looking forward to your early reply. Hope that the problems can be solved ASAP. And I can be back to my normal life again.

Yours Faithfully<br>
Petitioner<br><br>
Li Peng Yi

# United States District Court
# District of New Mexico
# Office of the Clerk
# Document Summary Page

Date: June 25, 2021 04:25 PM MDT

To: Li Peng Yi

Case: Yi v. Attorney General et al

From: Office of the Clerk, District of New Mexico

CM/ECF Support Number: (505) 348-2075

CM/ECF Support Email: cmecf@nmcourt.fed.us

Comments: Case#2:21-cv-00573-JB-GJF Document#3 Filed:06/25/2021

Job: 0b946cac-a9b6-4153-a5dc-39c478fad9e7

ORDER by Magistrate Judge Gregory J. Fouratt. (nmh)

NOTE: In an effort to reduce paper and postage costs, the Notice of Electronic Filing (NEF) will not be included with this transmission. To obtain a copy of the complete NEF, please visit us online at http://www.nmd.uscourts.gov and login to either your CM/ECF or PACER account. You may also view the NEFs at one of our public terminals located at the courthouses in Albuquerque, Las Cruces, and Santa Fe.

Li Peng Yi, A206739169
Otero County Processing Center
26 McGregor Range Rd
Chaparral, NM 88081



# United States District Court
# District of New Mexico
# Office of the Clerk
# Cover Sheet

|  |  |
|---|---|
| Date: | June 25, 2021 04:25 PM MDT |
| To: | Li Peng Yi |
| From: | Office of the Clerk, District of New Mexico |
| CM/ECF Support Number: | (505) 348-2075 |
| CM/ECF Support Email: | cmecf@nmcourt.fed.us |
| Number of Pages (including cover sheet): | 3 |
| Comments: | Case#2:21-cv-00573-JB-GJF Document#3 Filed:06/25/2021 |
| Job: | 0b946cac-a9b6-4153-a5dc-39c478fad9e7 |

### *** NOTICE TO ATTORNEYS ***

IMPORTANT: If you are an attorney of record on an active case and have not registered for a CM/ECF account, you need to do so now. Failure of an attorney to register in a timely manner will result in the issuance of a Notice of Deficiency in each of your cases. When reasonable attempts have been made by the Court and you still fail to register, the Court will discontinue the printing and mailing of case documents and corresponding attachments to you. You may obtain a registration form and information from our website at http://www.nmd.uscourts.gov.

The court will only print and mail documents to pro se parties and other individuals exempted from the mandatory e-filing requirements.

Li Peng Yi, A206739169
Otero County Processing Center
26 McGregor Range Rd
Chaparral, NM 88081

to Judge Gregory J. Fouratt
201 West Picacho Ave., Las Cruces, NM
88005

EL PASO TX 798
30 JUL 2021
FIRST-CLASS

02 7H
0001236902
MAILED FROM ZIP CODE 88081
PITNEY BOWES
US POSTAGE
$ 000.51⁰
JUL 30 2021