IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LI PENG YI,

    Petitioner,

v.                                                                                          Civ. No. 21-573 JB/GJF

ATTORNEY GENERAL, et al.,

    Respondents.

## ORDER GRANTING UNOPPOSED MOTION
## TO FILE SUPPLEMENTAL EXHIBITS

THIS MATTER is before the Court upon Petitioner's "Unopposed Motion for Leave to File Supplemental Exhibits in Support of Petition for Writ of Habeas Corpus" ("Motion") [ECF 13]. The Court, noting that the Motion is unopposed and being otherwise fully informed, finds that the Motion is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Petitioner may file the supplemental exhibits attached to his Motion [ECFs 13-1 & 13-2] to be entered as part of the evidentiary record in this case.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE